01-18-00417-CR



FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/24/2018 9:46:01 AM
CHRISTOPHER A. PRINE
Clerk

**PATTI L. HENRY**

**DISTRICT CLERK**

POST OFFICE BOX NN

ANAHUAC, TX 77514

TELEPHONE: 409-267-2432

FAX:   409-267-8209

e-mail-districtclerk@chamberstx.gov

5/24/2018

## NOTICE OF APPEAL
## ASSIGNMENT OF COURT

TO:   First Court of Appeals
10th Floor
1307 San Jacinto
Houston, Texas 77002

FROM: Patti L. Henry, District Clerk,
Chambers County, Texas

RE:   Cause No. 18876
THE STATE OF TEXAS
Vs
Pascal Dewayne Garriott

DATE OF JUDGMENT 05/23/2018
NOTICE OF APPEAL FILED: 05/23/2018

The above case was assigned to your Court on the 24th day of May A. D. 2018, by the Clerk of the District Court of Chambers County, Texas.

Thank You,

Deputy
PATTI L. HENRY, DISTRICT CLERK
CHAMBERS COUNTY, TEXAS
P. O. DRAWER NN
ANAHUAC, TEXAS 77514

CC:   Tom Abbate                      Dane Listi
Attorney for Defendant on Appeal    Assistant District Attorney
2323 South Voss, Ste. 560             Hand Delivered
Houston, Texas 77057

Filed
5/23/2018 4:51 PM
Patti L. Henry
District Clerk
Chambers County, Texas
By *Melissa Fechner* Deputy

## CAUSE NO. 18876

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **V.** | § | **253RD JUDICIAL DISTRICT** |
| | § | |
| **PASCAL DEWAYNE GARRIOT** | § | **CHAMBERS COUNTY, TEXAS** |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes **PASCAL DEWAYNE GARRIOTT**, Applicant, in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment herein rendered against Applicant.

Respectfully submitted,

TOM ABBATE
2323 SOUTH VOSS, STE 560
HOUSTON, TX 77057
OFFICE: (713) 223-0404
FAX: (800) 501-3088
tom@tomabbatelaw.com
SBOT # 24072501

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that service of the forgoing document was performed on all attorneys of record as required by EMAIL on MAY 23, 2018.

TOM ABBATE

# APPENDIX: CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

## NO. 18886

THE STATE OF TEXAS

VS.

RASCAL DEVAYNE GARRIOTT

**DEFENDANT**

IN THE DISTRICT COURT OF

CHAMBERS COUNTY, TEXAS

253rd JUDICIAL DISTRICT

### TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT TO APPEAL

I, Judge of the trial court, certify this criminal case:

✓     is not a plea-bargain case and the defendant has the right to appeal, or

_____ is a plea-bargain case, but matters were raised by written motion filed and ruled on before and not withdrawn or waived, and the defendant has the right of appeal, or

_____ is a plea-bargain case, but the trial court has given permission to appeal and the defendant has the right of appeal, or

_____ is a plea-bargain case, and the defendant has NO right of appeal, or

_____ the defendant has waived the right of appeal.

_____     _May 23rd, 2018_
Trial Court Judge            Date signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeal's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for the discretionary review in the court of appeals. TEX.R.APP.P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X _Rascal Garriott_
Defendant

Mailing Address: _____

_____

Telephone Number: _____

Email address: _____

_Mark Aronowitz_
Defendant's Counsel
State Bar of Texas ID/Bar Number: 00793281
Mailing Address P.O. BOX 1201
TEXAS CITY TX 77592-1201

Telephone Number: (281) 407-6780
Email address: markaronowitz@hotmail.com

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case -- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant -- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2)

Effective October 17, 2011